FILED
07 APR -3 PM 4:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BARNES,<br><br>                           Petitioner,<br>v.<br><br>J.F. SALAZAR, Warden,<br><br>                           Respondent. | CASE NO. 05-CV-2258 W (JMA)<br><br>ORDER ADOPTING REPORT<br>& RECOMMENDATION |

    On December 12, 2005, Petitioner Corey Barnes filed a habeas-corpus petition challenging the validity of institutional rules resulting in his loss of good-time credits. On referral, Magistrate Judge Jan M. Adler issued a Report & Recommendation suggesting that the court dismiss the petition and deny the writ of habeas corpus. Barnes had until March 12, 2007, to object to the Report. To date, the court has still not received an objection. Therefore, the court will **ADOPT** the Report & Recommendation and **DISMISS** the petition.

28 U.S.C. § 636 and Federal Rule 72(b) specify the district court's duties with respect to a magistrate judge's report and recommendation. The district court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(c); United States v. Raddatz, 447 U.S. 667, 676 (1980); see also Thomas v. Arn, 474 U.S. 140, 150 (1985). When neither party objects, however, the district court need not review the magistrate judge's report and recommendation. Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that the district court had no obligation to review a report); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (holding that 28 U.S.C. § 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise").

Here, Petitioner has tendered no objections to the report nor requested an extension of time in which to do so. The court therefore accepts Judge Adler's recommendation and **ADOPTS** the Report & Recommendation in its entirety. For the reasons stated in the report, which is incorporated herein by reference, the court **DISMISSES** the petition for writ of habeas corpus. The Clerk shall close the case file.

**IT IS SO ORDERED.**

DATE: April 3, 2007

HON. THOMAS J. WHELAN
United States District Court
Southern District of California